[No. 15270-0-I. Division One. August 19, 1985.]

THE STATE OF WASHINGTON, *Respondent*, v. ALVIN LEE PRATER, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 83-1-01792-7, Rosselle Pekelis, J., entered October 5, 1983. *Dismissed* by unpublished per curiam opinion.

[No. 14799-4-I. Division One. August 19, 1985.]

THE STATE OF WASHINGTON, *Respondent*, v. CYNTHIA LYNN BANDLE, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 83-1-01170-0, David C. Hunter, J., entered May 25, 1984. *Dismissed* by unpublished per curiam opinion.

[No. 14560-6-I. Division One. August 19, 1985.]

THE STATE OF WASHINGTON, *Respondent*, v. KENNETH RAY GORDON, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 83-1-03663-8, Terrence A. Carroll, J., entered April 4, 1984. *Dismissed* by unpublished per curiam opinion.